# J. Bodum Declaration Exhibit A

THE UPSCALE PRODUCT MAGAZINE SERVING ALL DISTRIBUTION CHANNELS

# The GOURMET RETAILER

As a

"Hello. My name is Jørgen Bodum. My idea is that good design should not be expensive. I want to make attractive things available for many people."

"My father founded the company 49 years ago, and began working with important designers. Today, we are blessed to work with many gifted designers. We are especially known for our French Press coffee makers and tea kettles, but we make 150 other beautiful products for the kitchen and table. People find them both practical to use and a pleasure to look at.

Our designs are honored in museums around the world. So people are surprised when they see how affordable Bodum products are. Retailers are even more surprised with the generous margins we offer.

I invite you to become one of our happily-surprised customers. I am sure you will do well selling Bodum. Please call 1-800-232-6386 today and ask for Linda Schultz. Or send for our full-color, 88-page catalog. Write to Bodum Inc., 2920 Wolff St., Racine, WI 53404."

"The fastest-growing line of coffee makers is French Press. Bodum makes 20 French Press coffee makers and sets in 6 colors—with margins far above those of electric coffee makers! This stylish, chrome-plated model is called Chambord."

"Bodum's Neptune water filter has two very important consumer benefits that others do not: it removes nitrates and lead. This alone gives you a big edge. Plus our price is lower—with much higher margins. And our replaceable filters can be used in other water filters."

"This handmade Tea Bowl is a pure work of art. I am proud to be able to sell it at a price no one can match. It is made of stainless steel and brass, with a beech wood handle. To give a stainless-steel sphere a highly polished finish is one of the most difficult things one can do. Bodum makes 12 different tea pots and kettles in glass and stainless steel."

**bodum**

0127

Bodum_ATOP_00006923