UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Bodum USA, Inc.
                    Plaintiff,
v.                                          Case No.: 1:16−cv−02916
                                            Honorable Matthew F. Kennelly
A Top New Casting Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

  MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial completed on 4/3/2018. Deliberations began and completed. Jury returns verdict in favor of plaintiff, Bodum USA, Inc., on Bodum USA, Inc.'s trade dress infringement claim. The amount of A Top New Casting, Inc.'s profits that are to be awarded to Bodum USA, Inc. is $2,000,000. The jury finds that A Top New Casting's infringement was willful. Judgment entered on the verdict. Post trial motions are due by 5/1/2018. Memorandum from plaintiff on question on damages, injunctive relief and attorneys' fees is due by 4/17/2018; response by 5/1/2018; reply by 5/8/2018. Status hearing and ruling on infringement set for 5/23/2018 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.